UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-495–MOC-DCK

| | |
|---|---|
| LISA MARIE KNIG,<br>SALLY KING,<br><br>        Plaintiffs,<br>v.<br><br>CAROLINAS BIOFEEDBACK CENTER,<br>(BIOFEEDBACK, LLC),<br>MELANIE BERRY,<br><br>        Defendants. | ORDER |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to comply with the Court's show cause Order dated August 30, 2024, stating:

> **The Court orders Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute. Plaintiffs shall have twenty (20) days from entry of this Order by either showing good cause for why Plaintiffs did not pay the filing fee or file a revised IFP by the deadline ordered by the Court. If Plaintiffs do not respond within twenty (20) days, this matter will be dismissed without prejudice and without further notice to Plaintiffs.**

(Doc. No. 12). Plaintiffs have failed to comply with the Court's show cause Order, and the deadline to do so has passed.

This matter is therefore **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: December 16, 2024

Max O. Cogburn Jr.
United States District Judge