# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lisa Maria King<br>Sally King**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00495-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Melanie Berry<br>Carolinas Biofeedback Center<br>(Biofeedback, LLC)**,**<br>Defendant(s). | )<br>)<br>)<br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 16, 2024 Order.

December 16, 2024

_____

Katherine Hord Simon, Clerk
United States District Court